```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 05 B 39432
   ALGIE R CAMPBELL
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1618


--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/22/2005 and was confirmed 11/07/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  42.09% from remaining funds.

     The case was paid in full 10/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID          PAID
--------------------------------------------------------------------------------
AMERICAN HONDA FINANCE C  SECURED        12377.62         599.62       12377.62
AMERICAN EXPRESS TRAVEL   UNSECURED       5608.06            .00        2360.63
AMERICAN EXPRESS TRAVEL   UNSECURED       4402.30            .00        1853.09
AMERICASH LOANS LLC       UNSECURED       1118.86            .00         471.18
BANK OF AMERICA NA        UNSECURED      NOT FILED           .00            .00
CAPITAL ONE               UNSECURED        328.36            .00         138.21
CAPITAL ONE               UNSECURED       3064.07            .00        1289.78
ECAST SETTLEMENT CORP     UNSECURED      11310.98            .00        4761.18
ECAST SETTLEMENT CORP     UNSECURED       7245.07            .00        3049.71
RESURGENT CAPITAL SERVIC  UNSECURED       5159.01            .00        2171.60
CAPITAL ONE BANK          UNSECURED      NOT FILED           .00            .00
DISCOVER FINANCIAL SERVI  UNSECURED       7804.60            .00        3285.23
HARRIS NA                 UNSECURED      NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSECURED       3064.73            .00        1290.06
ECAST SETTLEMENT CORP     UNSECURED       3505.20            .00        1475.46
PAY DAY LOAN STORE        UNSECURED      NOT FILED           .00            .00
PAY DAY LOAN STORE        UNSECURED      NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED       4496.97            .00        1892.93
ECAST SETTLEMENT CORP     UNSECURED       6023.15            .00        2535.35
ECAST SETTLEMENT CORP     UNSECURED       7714.57            .00        3247.33
STUART B HANDELMAN        DEBTOR ATTY     1,100.00                     1,100.00
TOM VAUGHN                TRUSTEE                                      2,901.02
DEBTOR REFUND             REFUND                                       1,300.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   48,100.00

PRIORITY                                         .00
SECURED                                    12,377.62

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 39432 ALGIE R CAMPBELL
```

```
       INTEREST                                              599.62
UNSECURED                                                 29,821.74
ADMINISTRATIVE                                             1,100.00
TRUSTEE COMPENSATION                                       2,901.02
DEBTOR REFUND                                              1,300.00
                                ----------------    ----------------
TOTALS                                 48,100.00           48,100.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 01/27/09                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                           PAGE   2
        CASE NO. 05 B 39432 ALGIE R CAMPBELL